STATE OF NEW JERSEY v. ANDRES S. LA CAP.

May 17, 1983.

Petition for certification denied.

CHELMSFORD CONDOMINIUM ASSOCIATION v. DAVID ZANE AND JUDITH M. ZANE.

May 17, 1983.

Petition for certification denied.

MADALENA MAZZA v. ASHBROOK NURSING HOME.

May 17, 1983.

Petition for certification denied.

DIAMOND CRYSTAL SALT COMPANY v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF SUSSEX.

May 17, 1983.

Petition for certification denied.